IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PROVIDENCE TITLE COMPANY | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 4:21-CV-00147-SDJ |
| v. | § | |
| | § | |
| TRULY TITLE, INC., TRACIE L. | § | |
| FLEMING, MARK J. FLEMING, | § | |
| KIM SHEETS-SHEFFIELD, AND | § | |
| GRAHAM HANKS | § | |
| | § | |
| Defendants. | § | |
| _____ | § | |

### APPENDIX TO PLAINTIFF'S
### MOTION FOR PRELIMINARY INJUNCTION

A.    Declaration of Daniel A. Foster

B.    Declaration of Daniel Foster, Jr.

C.    Declaration of Brianna Woltmann

D.    Declaration of Clarissa Christman

E.    Declaration of Stephen Ramsey

F.    Declaration of Michael S. Kirby

G.    Order on Plaintiff's Application for Temporary Restraining Order

Respectfully submitted,

*/s/ W. Scott Hastings*
W. Scott Hastings
  Texas Bar No. 24002241
  *shastings@lockelord.com*
Haley M. Owen
  Texas Bar No. 24121042
  *haley.owen@lockelord.com*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-6776
Telephone: (214) 740-8000
Facsimile:  (214) 740-8800

**ATTORNEYS FOR PLAINTIFF
PROVIDENCE TITLE COMPANY**

## CERTIFICATE OF SERVICE

I certify that on February 23, 2021, I served this document on known counsel for Defendants via email as follows:

John C. Sokatch
Christopher D. Kratovil
Alison R. Ashmore
DYKEMA GOSSETT PLLC
Comerica Bank Tower,
1717 Main Street, Suite 4200,
Dallas, Texas 75201
**Counsel for Truly Title, Inc.
and Graham Hanks**

Russell A. Devenport
McDonald Sanders, P.C.,
777 Main Street, Suite 2700
Fort Worth, Texas 76102
**Counsel for Tracie Fleming
and Mark Fleming**

*/s/ W. Scott Hastings*
W. Scott Hastings

**APPENDIX TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**                    Page 2