# EXHIBIT G

153-323343-21

FILED
TARRANT COUNTY
2/9/2021 4:36 PM
THOMAS A. WILDER
DISTRICT CLERK

CAUSE NO. 153-323343-21

| | | |
|---|---|---|
| **PROVIDENCE TITLE COMPANY,** | § | IN THE DISTRICT COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | 153rd JUDICIAL DISTRICT |
| | § | |
| **TRACIE L. FLEMING,** | § | |
| **MARK J. FLEMING,** | § | |
| **GRAHAM HANKS, AND,** | § | |
| **TRULY TITLE, INC.,** | § | |
| | § | |
| *Defendants.* | § | |
| | § | TARRANT COUNTY, TEXAS |

## ORDER ON PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER

**CAME FOR CONSIDERATION**, Plaintiff Providence Title Company's ("Plaintiff" or "Providence") Application for Temporary Restraining Order (the "Application"). The Court hereby finds there is good cause to grant Plaintiff's Application.

In light of the foregoing, the Court hereby **ORDERS** that Defendant Truly Title, Inc. ("Truly Title") is hereby enjoined from using, disclosing, releasing, or otherwise making available to any third party, any Confidential Information (as defined in the Mutual Non-Disclosure Agreement, dated April 25, 2019) of Plaintiff.

Plaintiff's bond is hereby set in the amount of $1,500.00.

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that a temporary restraining order issue, operative until the date of the hearing hereinafter ordered, restraining and enjoining Truly Title from the activities described above, provided that, before the issuance of this temporary restraining order, Plaintiff must post bond in the amount of $1,500.00, ~~payable to Defendant Truly Title,~~ conditioned, and approved as required by law.

which may be paid by lawyer of law firm check. SHM



SR

---

**ORDER ON PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**  PAGE 1

**IT IS FURTHER ORDERED** that the hearing on Plaintiff's Application for Temporary Injunction is set for Monday, February 22, 2021 at 2:00 p.m. The purpose of the hearing will be to determine whether this temporary restraining order should be made a temporary injunction pending a full trial on the merits.

**IT IS SO ORDERED.**

**SIGNED** this 10th day of February, 2021 at 11 :37 a.m/p.m.

☐

_____
HONORABLE JUDGE PRESIDING

| | |
|---|---|
| From: | Stacci L. Reynolds |
| To: | TPETTITT@STOCKYARDSLAWFIRM.COM |
| Subject: | 153-323343-21; Order On Plaintiff"s Application For TRO |
| Date: | Thursday, February 11, 2021 8:16:00 AM |
| Attachments: | 15332334321000011.pdf |

Please find attached a signed order from the court.

Stacci L. Reynolds
153rd Associate Court Clerk
Tarrant County District Clerk
100 N. Calhoun ST, 2nd Floor
Fort Worth, TX 76196
817-884-2558
slreynolds@tarrantcounty.com

